November 8, 2007

Mr. Stacy R. Obenhaus
Gardere Wynne Sewell LLP
1601 Elm Street
Dallas, TX 75201-4761

Ms. Suzanne M. Schwarz
Law Offices of Suzanne M. Schwarz
P.O. Box 532044
Harlingen, TX 78553

Mr. Benigno Martinez III
Martinez Y Barrera, L.L.P.
1201 E Van Buren
Brownsville, TX 78520
Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589

Honorable Benjamin Euresti
Judge, 107th District Court
974 E. Harrison
Brownsville, TX 78520

RE: Case Number: 03-1080
 Court of Appeals Number: 13-03-00598-CV
 Trial Court Number: 2002-08-3404-A

Style: IN RE U.S. HOME CORPORATION, LENNAR CORPORATION, DAVID GARCIA,
 FABIAN DIAZ AND SHELDON MOORE

Dear Counsel:

 The Supreme Court inadvertently referred to the case as an "appeal".
Please note the following revisions:
 On Page 4, second paragraph, line 1, a change has been made from "on
appeal" to "In this proceeding". On Page 5, first paragraph, line 1, "on
appeal" is deleted. On Page 5, first paragraph, line 3, a change has been
made from "appeal" to "mandamus review".

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |